[No. 37071-5-I.     Division One.     December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
CORNELIUS CONYERS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07842-5, J. Kathleen Learned, J., entered
July 14, 1995. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Becker, JJ.

[Nos. 38643-3-I; 42031-3-I.     Division One.     December 7, 1998.]

*In the Matter of the Personal Restraint of* EARL LEE
FORD, *Petitioner*.

Petitions for relief from personal restraint. *Granted* by
unpublished per curiam opinion.

[No. 40652-3-I.     Division One.     December 7, 1998.]

*In the Matter of the Mental Health Commitment of*
J.N., *Appellant*, THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-8-00084-7, David Needy, J. Pro Tem.,
entered April 8, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 40822-4-I.     Division One.     December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON LEE
LORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-07088-9, Steven G. Scott, J., entered June
6, 1997. *Affirmed* by unpublished opinion per Appelwick, J.,
concurred in by Agid, A.C.J., and Becker, J.